IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JERRY ROGER CORLEY, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | 1:11CV228<br>3:93CR135-1 |

## ORDER

On January 31, 2012, the United States Magistrate Judge's Recommendation [Doc. #54] was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review, and the Magistrate Judge's Recommendation [Doc. #54] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion for Summary Judgment [Doc. #44] and Respondent's Motion to Dismiss [Doc. #46] are DENIED.

This the 1st day of March, 2012.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge